**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**EDGAR MANUEL NUNEZ-RUEDAS**      **CIVIL ACTION NO.  3:26-CV-00502 SEC P**

**VERSUS**                                              **JUDGE S. MAURICE HICKS, JR.**

**BRIAN ACUNA ET AL**                        **MAGISTRATE JUDGE DAVID J. AYO**

**<u>MEMORANDUM ORDER</u>**

Before the Court is a Motion for Order to Show Cause [Doc. 3] filed by Petitioner Edgar Manuel Nunez-Ruedas, an immigration detainee at Richwood Correctional Center in Richwood, Louisiana.  Nunez-Ruedas seeks an expedited briefing schedule on his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

Summonses were issued on February 20, 2026.  [Doc. 2].  The record does not contain proof of service, but the Government filed a Notice of Appearance on March 17, 2026.  [Doc. 4].

A court may order a respondent to file an answer, motion, or other response, in its discretion.  *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna, M.J.)[1].  And this Court has determined that a 21-day briefing schedule with seven days to reply is reasonable and appropriate in cases like Nunez-Rueda's.

---

[1] Under Rule 1(b), the Rules Governing § 2254 Cases also apply to § 2241 habeas cases.  *See Hickey v. Adler*, 2008 WL  835764, *2 (E.D. Cal. 2008); *Castillo v. Pratt*, 162 F. Supp. 2d 575, 577 (N.D. Tex. 2001); *Wyant v. Edwards*, 952 F. Supp. 348 (S.D. W.Va. 1997); *see also Taylor v. Gusman*, 20-CV-449, 2020 WL 1848073, at *1 (E.D. La. Apr. 13, 2020) ("District courts are therefore free to apply these rules to habeas petitions brought under 28 U.S.C. § 2241.").

Accordingly, the Motion [Doc. 3] is GRANTED IN PART to the extent it generally seeks expedited briefing, but DENIED IN PART to the extent it seeks a response or release within three days.

IT IS ORDERED that a Response be filed within 21 days following the date of this Order.  Nunez-Ruedas shall have seven days within which to reply.

THUS DONE in Chambers on this 18th day of March, 2026.

_____

David J. Ayo
United States Magistrate Judge