UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION


EDGAR NUNEZ-RUEDAS

VERSUS

BRIAN ACUNA ET AL

Case No.: 3:26-cv-00502


JUDGE S. MAURICE HICKS, JR


MAGISTRATE DAVID J AYO


ORDER


IT IS ORDERED THAT the petition for habeas corpus is hereby dismissed in the above-described action.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 30th day of April, 2026.


S.MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT

1